IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V § | NO: 7:13-CR-03-O |
| § | |
| DARREN SCOTT MURPHY, JR (6) § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**DARREN SCOTT MURPHY, JR**, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has entered a plea of guilty to **Count 1 and Count 2 of the Superseding Information**. After cautioning and examining **DARREN SCOTT MURPHY, JR** under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were each knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of each offense. I therefore recommend that the pleas of guilty to **Count 1 and Count 2** be accepted and that **DARREN SCOTT MURPHY, JR** be adjudged guilty of each count and have sentence imposed accordingly.

Date: July 16, 2013

UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).